# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| STEPHEN WILLIAMS,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL FLETCHER, THOMAS WILSON, BALTISAR, SEGOVIA, DOE 1, DOE 2, DOE 3, and MICHELLE STEYH, sued in their individual capacities,<br><br>        Defendants. | CV-18-20-H-BMM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge Johnston entered Findings and Recommendations on October 9, 2018. (Doc. 25). Judge Johnston determined this matter should be dismissed as a sanction for Plaintiff Stephan Williams's failure to comply with the July 18, 2018 Order (Doc. 21) and failure to respond to Defendant's Motion for Summary Judgement (Doc. 17).

No party filed objections to Judge Johnston's Findings and Recommendations. The Court has reviewed the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations and adopts them in full.

1

# ORDER

Accordingly, **IT IS ORDERED** that

1. Magistrate Judge Johnston's Findings and Recommendations (Doc. 25) are Adopted in Full and this matter is DISMISSED. The Clerk of Court is directed to close this matter, enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and terminate all pending motions.

2. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 4th day of December, 2018.

Brian Morris
United States District Court Judge